# United States Bankruptcy Court
## Western District of Missouri

In re    **Elmer L Hayes**
       **Sharon K Hayes**      Debtor(s)

Case No. _____

Chapter   7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Elmer L Hayes**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Sharon K Hayes**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☒ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date _____     Signature _/s/ Elmer L Hayes_
                                     Elmer L Hayes
                                     Debtor

Date _____     Signature _/s/ Sharon K Hayes_
                                     Sharon K Hayes
                                     Joint Debtor

From: Jeff McNiell <jmcniell@houstonherald.com>
Subject: payroll
Date: December 22, 2010 3:14:34 PM CST
To: Sharon Hayes <shayes@houstonherald.com>
1 Attachment, 11.4 KB

**HOUSTON NEWSPAPERS, INC.**

Employee Name: SHARON K. HAYES
Id No. 104
For Period 12/08/10 to 12/17/10
Date 12/24/10

Houston Herald
113 N. GRAND AVE., P.O. BOX 170
HOUSTON, MO 65483
Check No. DD101224

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 9.00 | 71.50 | 643.50 | 16016.31 | Federal W/H | 50.63 | 1215.28 |
| Bonus | | | | 275.00 | Social Security | 38.02 | 961.17 |
| Insurance | | | -30.33 | -788.58 | Medicare | 8.89 | 224.77 |
| | | | | | State W/H | 10.00 | 232.00 |
| Totals | | 71.50 | 613.17 | 15502.73 | Totals | 107.54 | 2633.22 |
| Social Security | | | | | Net | 505.63 | 12869.51 |

**HOUSTON NEWSPAPERS, INC.**
Houston Herald
113 N. GRAND AVE., P.O. BOX 170
HOUSTON, MO 65483

THE BANK OF HOUSTON
HOUSTON, MISSOURI 65483-0560

80-635-815

Check No. DD101224

Date 12/24/10      Amount $**0.00

Pay   NON-NEGOTIABLE FUNDS DIRECT DEPOSITED

SHARON K. HAYES
5116 HAMILTON CREEK ROAD
CABOOL, MO 65689

---

**HOUSTON NEWSPAPERS, INC.**

Employee Name: SHARON K. HAYES
Id No. 104
For Period 12/08/10 to 12/17/10
Date 12/24/10

Houston Herald
113 N. GRAND AVE., P.O. BOX 170
HOUSTON, MO 65483
Check No. DD101224

| Type | Rate | Hours | Current | Year to Date | Deductions | Current | Year to Date |
|---|---|---|---|---|---|---|---|
| Regular Pay | 9.00 | 71.50 | 643.50 | 16016.31 | Federal W/H | 50.63 | 1215.28 |
| Bonus | | | | 275.00 | Social Security | 38.02 | 961.17 |
| Insurance | | | -30.33 | -788.58 | Medicare | 8.89 | 224.77 |
| | | | | | State W/H | 10.00 | 232.00 |
| Totals | | 71.50 | 613.17 | 15502.73 | Totals | 107.54 | 2633.22 |
| Social Security | | | | | Net | 505.63 | 12869.51 |

